# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-0187
LT Case No. 2021-CF-000254-A

———————————————————

ANTONIO ARMON BENTLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Benjamin Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

June 2, 2026

PER CURIAM.

    AFFIRMED.

HARRIS, SOUD, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————